# EXHIBIT & WITNESS LIST

| Docket Number: 18 CR 0132 SJ | Title of Case: USA v. ALLISON AYTES |
|---|---|

| Plaintiff/Government Atty:<br>James McDonald | Defendant's Atty:<br>Mildred Whalen |
|---|---|
| Judge: Sterling Johnson, Jr. | Courtroom Deputy: Ana Rodriguez |

Date of Trial: 12/4/2018 —       Court Reporter: Anthony Frisolone

| COURT EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
|---|---|---|---|---|
| 1 | 12/11/18 | | ✓ | Indictment |
| 2 | | | ✓ | Jury Charge |
| 3 | | | ✓ | Verdict Sheet |
| 4 | | | ✓ | Jury note requesting documents, transcripts |
| 4A | | | ✓ | Documents requested in 4 |
| 4B | | | ✓ | ⌊ ⌊ ⌊ |
| 5 | | | ✓ | Jury note requesting ex# 101A, B, C |
| 6 | | | ✓ | Jury notes asking about living-will requirements |
| 7 | | | ✓ | Jury note asking about Aytes date of |
| 7A | | | ✓ | Response to 7 |
| 8 | | | ✓ | Jury note - reached a verdict. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Docket Number: 18 CR 0132 (SJ) | | | | | Title of Case: USA V. ALLISON AYTES |
|---|---|---|---|---|---|
| Plaintiff/Government Atty: James McDonald | | | | | Defendant's Atty: Mildred Whalen |
| Judge: Sterling Johnson, Jr. | | | | | Courtroom Deputy: Ana Rodriguez |
| Date of Trial:12/4/2018 | | | | | Court Reporter: Rivka Teich |

| GOVERNMENT EXHIBIT | DEFENDANT EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
|---|---|---|---|---|---|
| | | 12/4 | | | Ricardo Delfin |
| | | | | | Rachel Herbst |
| 402 | | | ✓ | ✓ | Symantec Data Loss Report dtd 9/29/15 |
| 402A | | | ✓ | ✓ | Excel Format of 402 |
| | | | | | Jim Caccivio |
| 101A | | | ✓ | ✓ | State Street Resolution Plan 2013 |
| 101C | | | ✓ | | |
| | K | | ✓ | ✓ | FDIC Letter 2015 Resolution Plan |
| 405A | | | | ✓ | STIPULATION |
| 406A | | | | | |
| 600A | | | | | |
| 702A | | | | | |
| 701A | | | ✓ | ✓ | |
| 101 | | | ✓ | ✓ | Michael Dann |
| 101 | | | ✓ | ✓ | 8gb Scandisk USB Thumb Drive |
| 201 | | | ✓ | ✓ | Resolution Documents 2015 |
| 201A | | | ✓ | ✓ | |
| 201B | | | ✓ | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Docket Number:<br>18 CR 0132 (SJ) | | | Title of Case:<br>USA V. ALLISON AYTES | | |
| --- | --- | --- | --- | --- | --- |
| Plaintiff/Government Atty:<br>James McDonald | | | | Defendant's Atty:<br>Mildred Whalen | |
| Judge: Sterling Johnson, Jr. | | | | Courtroom Deputy: Ana Rodriguez | |
| Date of Trial:12/6/2018 | | | Court Reporter: *Linda Danelczyk* | | |

| GOVERNMENT<br>EXHIBIT | DEFENDANT<br>EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
| --- | --- | --- | --- | --- | --- |
| X | | 12/4/18 | | | Ricardo Delfin |
| | | | | | Rachel Herbst |
| 402 | | | ✓ | ✓ | Semantic Data Loss Report |
| 402-A | → | | ✓ | ✓ | Jim Caccivio |
| | | | | | Jeffrey Conover |
| | | | | | |
| | K | | ✓ | ✓ | FDIC Letter |
| 405A | | | | ✓ | |
| 406A | | | | ✓ | |
| 600A | | | | ✓ | |
| 701A | | | | ✓ | |
| 702A | | | | ✓ | |
| | | | | | Michael Dann |
| 101 | | | ✓ | | |
| 201 | | | ✓ | ✓ | Resolution plans found in A's apt |
| 201A | | | ✓ | | |
| 201B | | | ✓ | ✓ | |
| 3500MD3 | | 12/6 | ✓ | | |
| 3500MD4 | | | ✓ | | |
| 101A | | | ✓ | ✓ | ⎫ 3 resolution plans |
| 101B | | | ✓ | ✓ | ⎬ printed on Thumb Drive |
| 101C | | | ✓ | ✓ | ⎭ |
| 3500MD6 | | | ✓ | | |

| Docket Number: 18 CR 0132 (SJ) | | | | Title of Case: USA V. ALLISON AYTES | |
|---|---|---|---|---|---|
| Plaintiff/Government Atty: James McDonald | | | | Defendant's Atty: Mildred Whalen | |
| Judge: Sterling Johnson, Jr. | | | | Courtroom Deputy: Ana Rodriguez | |
| Date of Trial: 12/6 /2018 | | | | Court Reporter: Linda Danelcszyk | |
| GOVERNMENT EXHIBIT | DEFENDANT EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
| | | 12/6 | | | Michael Dann |
| | S | | ✓ | ✓ | contents of Ex 101 - USB Drive |
| | | | | | John John Bermingham |
| | | | | ✓ | Alexandria Rock Luk |
| 500A | | | | ✓ | STIPULATION 501-511A, 512-513 |
| 501-513 | | | | ✓ | Emails, Photos, Docs |
| 307 | | | ✓ | ✓ | Form-FDIC |
| | U | | ✓ | | Copy of |
| 3500 A01 | O | | ✓ | | |
| | O3 | | ✓ | ✓ | OCI Memorandum |
| | O2 | | ✓ | | |
| | | | | ✓ | |
| | W | | ✓ | ✓ | FDIC Resolution Planning Update |
| | | | | | Kimberly Fass |
| 3500KF1 | | | | | |
| 600A | | | | | |
| 601- | | | | | |
| 603-607 | | | | ✓ | |
| 701-701A | | | | ✓ | |
| | | | | | David Glehan |
| | | | | | Krista Hughes |
| 301 | | | ✓ | ✓ | Acknowledgement of Confidentiality Obligation |
| 302-306 | | | ✓ | ✓ | |

| Docket Number: 18 CR 0132 (SJ) | | | Title of Case: USA V. ALLISON AYTES | | |
|---|---|---|---|---|---|

| Plaintiff/Government Atty: James McDonald | | | | Defendant's Atty: Mildred Whalen | |
|---|---|---|---|---|---|

| Judge: Sterling Johnson, Jr. | | | Courtroom Deputy: Ana Rodriguez | | |
|---|---|---|---|---|---|

| Date of Trial: 12/6/2018 | | | Court Reporter: Linda Danelczyk | | |
|---|---|---|---|---|---|

| GOVERNMENT EXHIBIT | DEFENDANT EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
|---|---|---|---|---|---|
| 403 | | 12/6 | ✓ | ✓ | Training Modules |
| 404 | | | ✓ | | |
| 308 | | | ✓ | | Log on Screen for Documentum |
| 401 | | | ✓ | ✓ | |
| 307 | | | | | |
| | | 12/7 | | | Krista Hughes Continued |
| 3500KH 1 | | | ✓ | | Email re employment of A. Aytes |
| 308 | | | ✓ | | |
| | 02 | | ✓ | ✓ | |
| | | | | | Anthony Rossi |
| 509 A | | | ✓ | | |
| 102 | | | | | Jill Padres |
| 102 | | | ✓ | ✓ | Hard Drive |
| 801 | | · | ✓ | ✗ | Powerpoint - demonstrative |
| 3500JP5 | | | ✓ | | |
| 3500JP9 | | | ✓ | | |
| 104 | | | ✓ | ✓ | |
| | T | | ✓ | ✓ | Demonstrative |
| 405/405A | | | | | STIPULATION |
| 406/406A | | | | | |
| 606/606A | | | ✓ | ✓ | |
| 607 | | | ✓ | ✓ | letter by Aytes to State Street |
| 601, 603, | | | · | ✓ | STIPULATION |

| Docket Number: 18 CR 0132 (SJ) | | | Title of Case: USA V. ALLISON AYTES | | | |
|---|---|---|---|---|---|---|
| Plaintiff/Government Atty: James McDonald | | | | Defendant's Atty: Mildred Whalen | | |
| Judge: Sterling Johnson, Jr. | | | | Courtroom Deputy: Ana Rodriguez | | |
| Date of Trial: 12/ **7** /2018 | | | Court Reporter: Linda Danelczyk | | | |

| GOVERNMENT EXHIBIT | DEFENDANT EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
|---|---|---|---|---|---|
| 701, 702 | | 6/7 | | ✓ | STIP |
| 702A | | | | ✓ | |
| | | | | | Francis Mace |
| 406 | | | | ✓ | Log |
| 103 | | | | ✓ | |
| 405 | | | | ✓ | |
| 3500 FM5 | | | ✓ | | |
| | | 6/10 | ✓ | | Allison Aytes |
| | W | | ✓ | ✓ | Resolution |
| | AA | | ✓ | | Demonstrative |
| 105 105 | 105 | | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |