**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 22, 2019

The Honorable Judge Johnson
United States District Senior Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

**RE:** <u>**United States v.  Allison Aytes 18-CR-132 (SJ)**</u>

Dear Judge Johnson:

 Allison Aytes was convicted on December 11, 2018 after a jury trial, of two counts of theft of government property in violation of 18 U.S.C. Section 641. The Court scheduled oral argument on the defense's motion to for acquittal for September 4, 2019 at 11:00 a.m. Counsel is now writing to request a brief adjournment for oral argument because the current date conflicts with another hearing counsel already has before this Court.

 Counsel has consulted with the assigned Assistant United States Attorney in this case, James McDonald, and he has no objection to a brief adjournment. The parties are available on September 12, September 18 and September 19, if any of those dates are amenable to the Court.

 Thank you for your consideration.

             Sincerely,

             /s/ Amanda L. David
             Amanda L. David
             Mildred M. Whalen
             Staff Attorneys
             (718) 330-1208

cc: Assistant U.S. Attorney James McDonald (via ECF and email)